RONALD A. BUSH, Appellant, *v.* LLOYD J. GOODNO, Respondent.

(Argued March 18, 1932; decided April 26, 1932.)

*James O. Moore* and *William J. Brock* for appellant.

*Harold J. Adams* and *Percy R. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.